```
             UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                            CRIMINAL ACTION NO. 2:04-00161

**TARIQ STRONG**

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On February 2, 2011, the United States of America appeared by Steven R. Ruby, Assistant United States Attorney, and the defendant, Tariq Strong, appeared in person and by his counsel, David R. Bungard, Assistant Federal Public Defender, for a hearing on the petition on supervised release submitted by United States Probation Officer Patrick M. Fidler, the defendant having commenced a five-year less one day term of supervised release in this action on March 24, 2010, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on April 12, 2010.

The court heard the evidence, admissions of the defendant and the representations and argument of counsel.

**For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects: (1) that the defendant committed minor traffic offenses inasmuch as he was cited on December 12, 2010, for failure to yield right of way and cited on December 30, 2010 for failure to stop or yield; and (2) that the defendant failed to abide by the special condition that he spend a period of six months at Dismas Charities, Inc. and follow the rules and regulations of the facility inasmuch as he reentered the program on December 2, 2010, after having previously served approximately four and one-half months of the six months before being terminated for failure to follow the rules and regulations of the facility, and was terminated again from the program on January 3, 2011, for failing to follow the rules and regulations of the facility as more fully set forth on the record of the hearing; all as admitted by the defendant and as set forth in the petition on supervised release.**

**And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not**

revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, on the basis of the original offense, the intervening conduct of the defendant and after considering the factors set forth in 18 U.S.C. § 3553(a), that the defendant is in need of correctional treatment which can most effectively be provided if he is confined, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of SIX (6) MONTHS, to be followed by a term of fifty-four (54) months less two days of supervised release upon the standard conditions of supervised release now in effect in this district by order entered June 22, 2007, and the further condition that the defendant not commit another federal, state or local crime.

The defendant was remanded to the custody of the United States Marshal.

**The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.**

DATED: February 3, 2011

John T. Copenhaver, Jr.
United States District Judge